

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| City of Socorro, Texas, | § | No. 08-14-00295-CV |
| Appellant, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| Samuel Campos, Manuel Cobos, Leticia Duran, Gloria Elmore, Isela Encerrado, Arturo Galindo, Patricia Gardea, Dario Garduno, Obed Gonzalez, Gabriel Gutierrez, Rene Hernandez, Conception Jimenez, Manuel Juarez, Lorenzo Lara, Enriqueta Lopez, et al, | §<br><br>§<br><br>§ | of El Paso County, Texas<br><br>(TC# 2013-DCV4546) |
| Appellee's. | | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 15, 2015**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 15, 2015.

IT IS SO ORDERED this 15th day of January, 2015.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.